IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NANCY FORSTER and<br>HARLAN FORSTER<br><br>    Plaintiffs,<br><br>v.<br><br>BAYER CORPORATION;<br>BAYER AG;<br>GLAXOSMITHKLINE, PLC;<br>GLAXOSMITHKLINE;<br>SMITHKLINE BEECHAM<br><br>    Defendants. | :<br>:<br>: CIVIL ACTION NO. 02-CV-4222<br>:<br>:<br>:<br>:<br>:<br>: ENTRY OF APPEARANCE<br>:<br>:<br>:<br>:<br>:<br>: |

## ENTRY OF APPEARANCE

To the Clerk of the Court:

  Kindly enter the appearances of Hope S. Freiwald, Aline Fairweather, Erin Brennan and Kirstin J. Miller as attorneys for defendant GlaxoSmithKline PLC.

Respectfully Submitted,

_____  _____

Hope S. Freiwald         Aline Fairweather

_____  _____

Erin Brennan          Kirstin J. Miller

              DECHERT PRICE & RHOADS
              4000 Bell Atlantic Tower
              1717 Arch Street
              Philadelphia, PA  19103-2793
              (215) 994-4000